COMPLAINT UNDER 42 USC §1983, CIVIL RIGHTS ACT-TDCJ-ID (Rev. 7/97)

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF TEXAS
_____ DIVISION

United States District Court
Southern District of Texas
FILED
MAR 01 2000
MICHAEL N. MILBY CLERK

**Robert Alvarado #691789**
Plaintiff's name and ID Number

**McConell unit**
Place of Confinement

CASE NO. **C 00 096**
(Clerk will assign the number)

v.

**Alfred Sillvas CO III    McConell unit 3001 Emily Dr**
**                         Beeville TX 78102**
Defendant's name and address

_____
Defendant's name and address

_____
Defendant's name and address
( DO NOT USE "ET AL.")

I.  **PREVIOUS LAWSUITS:**

  A. Have you filed *any* other lawsuits in state or federal court relating to your imprisonment?   ✓ YES ___ NO

  B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

  1. Approximate date of filing lawsuit: **Jan 19-2000**
  2. Parties to previous lawsuit:
     Plaintiff(s) **Robert Alvarado**
     Defendant(s) **Eduardo Motez**
  3. Court (If federal, name the district; if state, name the county) _____
  4. Docket Number: **C00-029**
  5. Name of judge to whom case was assigned: **Jane Cooper Hill**
  6. Disposition: (Was the case dismissed, appealed, still pending?) **In prosses**
  7. Approximate date of disposition: _____

ATC1983 (Rev.04/98)                                2

II. PLACE OF PRESENT CONFINEMENT: McConell unit

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted both steps of the grievance procedure in this institution?  ___YES  ✓ NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Robert Alvarado #691789 3001 Emily Dr Beeville TX 78102

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Alfred Silvas co III 12 Bld Ad Seg McConell unit 3001 Emily Dr Beeville 78102

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. officer Silvas co III plored with officer Montez to cause Injurys

Defendant #2: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On the Date 12-21-99. Time 11:45 AM MC unit 12 Bld I was assulted buy officer Montez

ATC1983 (Rev.04/98)                              3

Then officer Silvas co III he statement was to me. Bitch you know you kicked officer Montez I was then trying to explain to him that officer Montez caused me some Injurys and officer Silvas Said. Well life Is a Bitch except It and go on. I saw you kick officer Montez. I Robert Alvarado never kicked officer Montez while I was Threatend before I came out of my cell to go to shower officer Silvas coIII was just laughing at what officer Montez was saying, officer Montez & officer Silvas planned to slam me on the floor and go along with a lie that was Not True, Ive already filed a Law Suite on officer Montez. Its already been filed. I swear that this statement is True & correct.

Robert Alvarado

and officer Silvas co II on 7-pod Esection. officer Montez was the one that slamed me on the floor couseing me serious injurys to my body. once I was on the floor officer Silvas co II was holding my feet with a very strong grip leaving hand marks on my feet. The following day I called officer Silvas co II to my cell and told him that he knew that I had done nothing wrong and was slamed on the floor without a cause for no reason at all

VI. **RELIEF:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like for officer to be dismissed from T.d.C. and get paid 500,000 dollars

VII. **BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases: NON

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you. NON

VIII. **SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?   ___YES   ___NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

    1. Court that imposed sanctions (if federal, give the district and division): _____

    2. Case Number: _____

    3. Approximate date sanctions were imposed: _____

    4. Have the sanctions been lifted or otherwise satisfied?   ___YES   ___NO

C. Has any court ever warned or notified you that sanctions could be imposed?   ___YES ___NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer

the same questions.)

1. Court that imposed warning (if federal, give the district and division): _____
2. Case Number: _____
3. Approximate date warnings were imposed: _____

Executed on: _____
                 DATE

_____
(Signature of plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $150 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this  _Friday_  day of _Jan_ , 19 _2000_
             (Day)              (month)        (year)

_Robert Alvarado #691709_
(Signature of plaintiff)

**WARNING:** The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.

ATC1983 (Rev. 04/98)                                            5