IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF TEXAS
_____ DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 1 2000

MICHAEL N. MILBY CLERK

*Robert Alvarado*
Plaintiff's name and ID Number

*McConell Unit*
Place of Confinement

CASE NO. __C 00 096__
(Clerk will assign the number)

v.

*Alfred Silvas c/o McConell Unit*
*3001 Emily Dr*
*Beeville TX 78102*
Defendant's name and address

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, *Robert Alvarado*, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

    a. Business, profession or from self-employment     Yes☐  No☑
    b. Rent payments, interest or dividends?            Yes☐  No☑
    c. Pensions, annuities or life insurance payments?  Yes☐  No☑
    d. Gifts or inheritances?                           Yes☐  No☑
    e. Family or friends?                               Yes☐  No☑
    f. Any other sources?                               Yes☐  No☑

    If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

    _____
    _____

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
   Yes☐     No☑
   If you answered YES, state the total value of the items owned.

    _____
    _____

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

        Yes ☐          No ☒

If you answered YES, describe the property and state its approximate value.

_____

_____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the _Friday_ day of _Jan_____, 19_2000_

_Robert Alvarado #691789_
Signature of Plaintiff      ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

Revised 6/97

```
CSINIB02/CINIB02        TEXAS DEPARTMENT OF CRIMINAL JUSTICE           02/08/00
ML18/SEN9611                   IN-FORMA-PAUPERIS DATA                  08:10:01
TDCJ#: 00691789 SID#: 05134746 LOCATION: MCCONNELL       INDIGENT DTE: 12/02/96
NAME: ALVARADO, ROBERT LEE              BEGINNING PERIOD: 08/01/99
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:         0.00 TOT HOLD AMT:       0.00 3MTH TOT DEP:       0.00
6MTH DEP:            0.00 6MTH AVG BAL:       0.00 6MTH AVG DEP:       0.00
MONTH HIGHEST BALANCE TOTAL DEPOSITS     MONTH HIGHEST BALANCE TOTAL DEPOSITS
01/00       0.00          0.00           10/99       0.00          0.00
12/99       0.00          0.00           09/99       0.00          0.00
11/99       0.00          0.00           08/99       0.00          0.00
PROCESS DATE    HOLD AMOUNT     HOLD DESCRIPTION
```

STATE OF TEXAS, COUNTY OF _Bee_
ON THIS THE _8th_ DAY OF _Feb_, 2000 I CERTIFY THAT THIS DOCUMENT IS A TRUE, COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG: _____
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____

JULIA Z. LOPEZ
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 09-13-2002