United States District Court
Southern District of Texas
ENTERED
MAR 1 3 2000
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROBERT ALVARADO | § | |
| Prisoner No. 691789 | | |
| V. | § | C.A. NO. C-00-096 |
| ALFRED SILVAS | § | |

## ORDER SETTING SPEARS HEARING
## BY TELEPHONE CONFERENCE

A telephone conference hearing pursuant to *Spears v. McCotter*, 766 F.2d 179 (5th Cir. 1985), is set in this case before the Court:

U. S. Magistrate Judge Jane Cooper-Hill
1st Floor Hearing Room
521 Starr Street
Corpus Christi, Texas
(361) 888-3550

on **Thursday, April 13, 2000, at 9:00 a.m.**

The Attorney General's Office is to initiate the telephone call through to Chambers at telephone number (361) 888-3550.

ORDERED this ___16___ day of March 2000.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE