United States District Court
Southern District of Texas
ENTERED
MAR 3 0 2000
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROBERT ALVARADO | § | |
| Prisoner No. 691789 | | |
| V. | § | C. A. NO.: C-00-096 |
| ALFRED SILVAS | § | |

### ORDER VACATING SETTING OF SPEARS HEARING

By order of the Court the Spears Hearing scheduled on Thursday, April 13, 2000, beginning at 9:00 a.m., is canceled.

It is therefore ORDERED that the Court's Order Setting Spears Hearing by Telephone Conference signed by United States Magistrate Judge Jane Cooper-Hill on March 10, 2000, is hereby VACATED.

Signed this _29_ day of March 2000.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE