United States District Court
Southern District of Texas
ENTERED

JUN 0 9 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROBERT ALVARADO | § § | |
| V. | § | C.A. NO. C-00-096 |
| ALFRED SILVAS | § § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

On March 29, 2000, United States Magistrate Judge Jane Cooper-Hill signed a Memorandum and Recommendation recommending that Plaintiff's complaint be dismissed without prejudice. Seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court. Accordingly, it is

ORDERED that Plaintiff's complaint is dismissed without prejudice.

The clerk shall enter this order and provide a copy to all parties.

SIGNED this _____ day of June, 2000.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE