```
                                        United States District Court
                                         Southern District of Texas
                                                 ENTERED

                                              JUN 0 9 2000
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| ROBERT ALVARADO | § | |
| | § | |
| V. | § | C.A. NO. C-00-096 |
| | § | |
| ALFRED SILVAS | § | |

## FINAL JUDGMENT

In accordance with the Court's Order Adopting Memorandum and Recommendation, the Court hereby enters Final Judgment dismissing this action without prejudice.

ORDERED this 2nd day of June, 2000.

*[signature]*

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE